IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| TIMMY A. DAWSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:16-CV-0071-C |
| LORIE DAVIS, Director | ) | |
| Texas Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
| | ) | |
| Respondent. | ) | ECF |

## ORDER

The United States Magistrate Judge entered a Report and Recommendation on June 9, 2016, that the *in forma pauperis* motion be denied and that Petitioner Timmy Dawson pay the applicable $5.00 fee. Although no objections have been filed, Petitioner has since paid the $5.00 filing fee. Therefore, the report and recommendation is now moot.

It is therefore **ORDERED** that the June 9, 2016 report and recommendation of the United States Magistrate Judge and the May 2, 2016 motion to proceed *in forma pauperis* are each resolved as **MOOT**.

Dated this 14th day of July, 2016.

SAM R. CUMMINGS
Senior United States District Judge